IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREEN PLAINS INC,<br><br>                Plaintiff,<br><br>vs.<br><br>ADAM CROTTEAU,<br><br>                Defendant. | 8:23CV439<br><br>ORDER |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      SO, ORDERED.

      Dated: November 27, 2023

BY THE COURT:

Brian C. Buescher
United States District Judge