IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREEN PLAINS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADAM CROTTEAU, <br><br> Defendant. | **8:23CV439** <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice and Final Judgment of Permanent Injunction, Filing No. 58. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS HEREBY ORDERED, pursuant to the Defend Trade Secrets Act of 2016, the Nebraska Trade Secrets Act ("NTSA"), and Fed. R. Civ. P. 65 that Defendant Crotteau, except as agreed upon between the parties, is enjoined from accessing, using, disclosing, or otherwise transmitting any and all GPRE and third party Confidential Information and trade secrets, as those terms are defined in the Non-Disclosure, Non-Solicitation, Non-Compete and Assignment of Inventions Agreement and 18 U.S.C. § 1839(3) and/or Neb. Rev. Stat. § 87-502(4) respectively, or other proprietary assets or information for any purpose whatsoever for so long as any such protections shall apply to such assets or information.

IT IS FURTHER HEREBY ORDERED that this permanent injunction shall remain in effect until further order of this Court and not less than twenty years unless the Parties agree that the permanent injunction shall no longer be necessary.

IT IS FURTHER HEREBY ORDERED that Defendant Crotteau, except as agreed upon between the parties, is hereby enjoined pursuant to the Defend Trade Secrets Act of 2016, the Nebraska Trade Secrets Act ("NTSA") and Fed. R.Civ. P. 65 from using, accessing, or disclosing to any future employer or business affiliate any GPRE Confidential Information (as previously defined), trade secret, or proprietary information.

IT IS FURTHER HEREBY ORDERED that Defendant Crotteau shall be permanently enjoined from making defamatory or disparaging comments about GPRE, its current officers, directors, parent entities, subsidiaries, including without limitation regarding the Parties' dealings with one another or employment of Crotteau. These limitations extend to comments or statements made whether written or verbal.

IT IS FURTHER HEREBY ORDERED that this Court shall retain jurisdiction over this matter for a total of five (5) years from today for the purpose of implementing and enforcing the Stipulated Final Judgment of Permanent Injunction and this Order; imposing civil or criminal sanctions for contempt, if applicable.

IT IS FURTHER HEREBY ORDERED that all claims asserted by the parties in this matter are hereby dismissed with prejudice. All attorney fees, costs, and expenses shall be borne by the incurring party. Dismissal does not bar Plaintiff from bringing any future claims arising out of Defendant's violation of the Stipulated Final Judgment of Permanent Injunction and this Order.

A separate Judgment will be entered in conjunction with this Order.

Dated this 10th day of January, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge